~~PROPOSED~~ ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil  RE: Jeffrey Ford
U.S. Magistrate Judge

**FILED**
JUL 2 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief  DOCKET NO.: CR06-00347 DLJ-1
U.S. Pretrial Services Officer

DATE: July 19, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria P. Gibson                    510-637-3752
U.S. Pretrial Services Officer Specialist    TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. ___4___ on _Thurs. 7/27/06_ at _10:00 am_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)
A.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____Wayne D. Brazil_____          _7-20-06_
JUDICIAL OFFICER                    DATE

Copy of face sheet only to WDB's staff, Copy to parties via ECF, Frances, Pretrial, Financial

Cover Sheet (12/03/02)