FILED

AUG 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY FORD,<br><br>    Defendant. | No. CR-06-00347-DLJ<br><br>PROTECTIVE ORDER RE DISCLOSURE OF CERTAIN WITNESS STATEMENTS TO DEFENSE COUNSEL |

    At the calling of related case number CR-06-346-DLJ on June 2, 2006, there was colloquy between the Court and counsel about whether the government would provide defense counsel with copies of DEA reports of interviews of cooperating defendants. Government counsel acknowledged that to date, no such reports had been turned over to defense counsel. Government counsel noted that these statements would be Jencks Act statements, subject to disclosure as provided in 18 U.S.C. § 3500. See also Fed.R.Crim.P. 26.2. The Court indicated its preference that such statements be provided to defense counsel in advance of the date required by law.

    The government is agreeable to providing these statements to defense counsel earlier than required by law, subject however, to a protective order that addresses the concerns expressed by government counsel as to the safety of the cooperating defendant

1 | witnesses.

2 |     Good cause appearing, the disclosure of these materials to defense counsel is
3 | subject to the following terms and conditions of this Protective Order:

4 |     1.    The United States will provide to defendant's counsel, David Andersen,
5 | copies of these memoranda described above. These memoranda shall be used in
6 | connection with this case and for no other purpose.

7 |     2.    These materials shall not be copied. However, the contents of these
8 | materials may be disclosed by defense counsel to and discussed with the defendant, and to
9 | any other person working on this case with Attorney Andersen. A copy of the
10 | memoranda shall not be provided to the defendant.

11 |     3.    Disclosure of additional memoranda by the government for interviews of
12 | cooperating defendants conducted after the filing of this Protective Order, shall be made
13 | by the government in accordance with this Order, and their use by defense counsel shall
14 | be subject to the provisions of this Protective Order.

15 |     4.    This Protective Order shall continue in force and effect until further order
16 | of this Court.

18 |     IT IS SO ORDERED.

21 | DATED: 8-2-06

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

PROTECTIVE ORDER

2

```
 1  Approved:
 2
 3  DATED: 8/1/06
 4                                          GEORGE L. BEVAN JR.
                                            Assistant United States Attorney
 5                                          Counsel for the United States
 6
 7  DATED: 7/31/06
 8                                          DAVID L. ANDERSON, ESQ.
                                            Counsel for Defendant Jeffrey Ford
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    PROTECTIVE ORDER                3
```