SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: 510-637-3689
   Fax: 510-637-3679
   Email: George.bevan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00347-DLJ |
|      Plaintiff, ) | |
|    v. ) | STIPULATION AND ORDER CONFIRMING SENTENCING DATE |
| JEFFREY FORD, JR., ) | |
|      Defendant. ) | |

    The United States and the defendant, through their respective counsel, jointly confirm and request the Court to schedule the defendant's sentencing for **May 4, 2007**, at **10:00 a.m.**

                              Respectfully submitted,

Dated: ___5/1/07_____       ___/s/_____
                                             GEORGE L. BEVAN JR.
                                             United States Attorney

Dated: ___5/1/07_____        _____/s/_____
                               DAVID L. ANDERSON, ESQ.
                               Attorney for Defendant Jeffrey Ford


IT IS SO ORDERED.


Dated: May 1, 2007             _____
                               D. LOWELL JENSEN
                               United States District Judge

STIPULATION TO RESCHEDULE
DATE OF SENTENCING                        2